SAGAR RAICH, ESQ.
Nevada Bar No. 13229
RICHARD KLAMKA, ESQ.
Nevada Bar No. 15258
RAICH LAW PLLC
2280 E. Pama Ln.
Las Vegas, NV 89119
Phone: (702) 758-4240
sraich@raichattorneys.com
rklamka@raichattorneys.com
Attorneys for Defendants
*Claudiu Barboni and*
*A Cutting Edge Glass & Mirror, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST INTERNET BANK OF INDIANA, an Indiana Financial Institution, <br><br> Plaintiff, <br> vs. <br><br> CLAUDIU BARBONI, an Individual, and A CUTTING EDGE GLASS & MIRROR, INC., a Nevada Corporation, DOE Individuals I through X, and ROE Corporations and Organizations I through V, inclusive. <br><br> Defendants. | Case No. 2:24−cv−01426−RFB−NJK <br><br> **STIPULATION FOR WAIVER AND ACCEPTANCE OF SERVICE FOR DEFENDANT CLAUDIU BARBONI AND FOR TIME TO ANSWER COMPLAINT** |

Defendants A Cutting Edge Glass & Mirror, Inc. ("ACE"), and Claudiu Barboni ("Barboni") (collectively "Defendants"), by and through their counsel, Sagar Raich, Esq., and Richard Klamka, Esq., of Raich Law PLLC, and Plaintiff First Internet Bank of Indiana, ("Plaintiff"), by and through their counsel Jeffrey Sylvester, Esq. and Kelly Schmitt, Esq., of Sylvester & Poledenak, Ltd., hereby stipulate and agree as follows:

  1. Raich Law PLLC agrees to accept service on behalf of Barboni.

2. Defendants shall keep all defenses and objections to the lawsuit, but Barboni waives any objections to the absence of a summons or service.

3. Raich Law PLLC shall file its Answer on behalf of both Barboni and ACE within 10 days from the entry of this Order, and if it fails to do so, Plaintiff may seek a Default.

IT IS SO STIPULATED.

Dated this 13th day of August, 2024.

| RAICH LAW PLLC | SYLVESTER & POLEDENAK, LTD. |
|---|---|
| By: /s/ *SAGAR RAICH* | By: /s/ *JEFFREY SYLVESTER* |
| SAGAR RAICH, ESQ. | JEFFREY SYLVESTER, ESQ. |
| Nevada Bar No. 13229 | Nevada Bar No. 4396 |
| RICHARD KLAMKA, ESQ. | KELLY SCHMITT, ESQ. |
| Nevada Bar No. 15258 | Nevada Bar No. 10387 |
| RAICH LAW PLLC | SYLVESTER & POLEDENAK, LTD. |
| 2280 E. Pama Ln. | 1731 Village Center Circle |
| Las Vegas, NV 89119 | Las Vegas, NV 89134 |
| Phone: (702) 758-4240 | Phone (702) 952-5200 |
| sraich@raichattorneys.com | jeff@sylvesterpoldenak.com |
| rklamka@raichattorneys.com | kelly@ sylvesterpoldenak.com |
| Attorneys for Defendants | Attorneys for Plaintiff |
| *Claudiu Barboni and* | *First Internet Bank of Indiana* |
| *A Cutting Edge Glass & Mirror, Inc.* | |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

 August 13, 2023
DATE